# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE: ARNOLD, DEREK    CASE NO.: 13-11130

DEBTOR(S)    CHAPTER 7

## JOINT MOTION TO SELL MOVABLE PROPERTY
## OF THE ESTATE TO A SECURED CREDITOR

THE JOINT MOTION OF Martin A. Schott, Trustee, and **CAMPUS FEDERAL CREDIT UNION**, Purchaser, the holder of a secured claim jointly represent that:

1.

The above captioned case was commenced by the filing of a voluntary petition seeking relief pursuant to Chapter 7 of Title 11 of the United States Code by the debtor(s) on August 15, 2013.

2.

Trustee and purchaser affirmatively represent and acknowledge that the proposed purchaser has been advised by counsel as to 11 U.S.C. Section 362 and Section 554, and the right to relief from the automatic stay or to seek abandonment of the property to be sold pursuant to this motion; that the trustee has confirmed this advice and has offered to consent to lifting the stay or to an abandonment; that notwithstanding the advice of counsel and the willingness of the trustee to proceed by means of stay relief or abandonment, the purchaser voluntarily joins this motion as co-mover.

3.

The trustee proposes to present to the Court an Order authorizing the private sale of all of the estate's right, title and interest to a **2006 Chevrolet Equinox; VIN 1D7HA18258S502665** without any warranty whatsoever by the trustee. **CAMPUS FEDERAL CREDIT UNION** is the holder of a claim in the approximate amount of **$10,093.31** plus interest and attorney fees as of the date of the bankruptcy, which is secured, in part, by a valid mortgage or security agreement on the property.

4.

The trustee has examined purchaser's proof of claim, the promissory note, security agreement and copy of the title of the vehicle and has retained those documents in his file. The documents establish a valid mortgage or security interest in the property.

5.

The value of the property to be sold is **$6,875.00** as set forth in the NADA Official Used Car Guide.

6.

Trustee desires to sell the aforementioned movable property to **CAMPUS FEDERAL CREDIT UNION**. The purchase shall be without any warranty or recourse whatsoever on the part of the trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners. The purchase price for the property to be sold is **$10,093.31**. To pay the purchase price, the purchaser will cancel its claim secured by

a mortgage affecting the property to be conveyed, which mortgage has a present unpaid balance in the approximate amount of **$10,093.31** plus interest and attorney fees. The Purchaser will waive any remaining unsecured amount or subordinate any remaining unsecured claim to the claims of all other unsecured creditors (which will benefit the estate). In addition, the Purchaser will pay the trustee and the trustee will request authority to retain the sum of $350.00 as necessary costs and expenses of preserving and disposing of the property described in accordance with Section 506(c).

7.

If any party in interest is of the opinion that there is equity in the property, then they may purchase the property for a sum sufficient to satisfy the mortgage held by the Purchaser, and a sum equal to the **$350.00** cash referred to above.

WHEREFORE, the trustee and purchaser pray that, after notice of the Motion to all parties in interest and opportunity for objection and hearing, that an Order be entered by this Court authorizing the trustee to sell by private sale, the property described, for the price and on the terms set forth.

RESPECTFULLY SUBMITTED BY:

/S/ Stacy G. Butler
SECURED CREDITOR
Attorney for CAMPUS FEDERAL CU

s/Martin A. Schott
Martin A. Schott, (11822)
Trustee
7922-B Wrenwood Blvd.
Baton Rouge, LA  70809
(225) 928-9292 (office)
(225) 924-2469 (facsimile)
ctschott@bellsouth.net